IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| KEMONIE DENARD HALE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 318-068 |
| | ) | |
| GREGORY DOZIER, Commissioner of | ) | |
| Georgia Department of Corrections; | ) | |
| WARDEN MURRAY TATUM, Dodge | ) | |
| State Prison; GEORGIA DEPARTMENT | ) | |
| OF CORRECTIONS; and WARDEN | ) | |
| STANLEY WILLIAMS, Smith State Prison, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Plaintiff, an inmate at Dodge State Prison in Chester, Georgia, submitted a *pro se* complaint and motion to proceed *in forma pauperis* ("IFP"), which the Clerk of Court filed in the Dublin Division of this Court. However, it appears the events in Plaintiff's complaint are alleged to have occurred in Tattnall County. (See doc. no. 1, pp. 4-5.) As Tattnall County is within the Statesboro Division of the Southern District of Georgia, the case shall be transferred. Accordingly, the case is hereby **TRANSFERRED** to the Statesboro Division and is assigned Civil Action Number  CV6:18-100  . All future filings in this case should be made with the Clerk, U.S. District Court, P.O. Box 8286, Savannah, Georgia 31412.

SO ORDERED this ___ day of October, 2018, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE