# United States District Court
## *Southern District of Georgia*

KEMONIE DENARD HALE,

**JUDGMENT IN A CIVIL CASE**

**V.**

CASE NUMBER: 6:18-cv-100

GREGORY DOZIER; WARDEN MURRAY
TATUM; STANLEY WILLIAMS; and
GEORGIA DEPARTMENT OF
CORRECTIONS, in their individual and
official capacities,

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑    **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that in accordance with this Court's Order dated January 10, 2020, adopting the Report and

Recommendation of the U.S. Magistrate Judge, Plaintiff's Complaint is dismissed and Plaintiff is

denied leave to file in forma pauperis status on appeal. This case stands closed.



Approved by: _____

| | |
|---|---|
| January 17, 2020 | Scott L. Poff |
| *Date* | *Clerk* |
| | |
| | *(By) Deputy Clerk* |